**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-CR-30051 |
| | ) |
| SHONDELL HODGES, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S EXHIBIT LIST**

NOW COMES Defendant, SHONDELL HODGES, by and through his attorney, William L. Vig, of Vig Law, P.C., and hereby provides his list of prospective exhibits for trial in this cause:

1. Excerpts from cell phone extraction of Defendant's cell phone

2. Screenshots of OCE MeetMe profile

3. All exhibits disclosed by the Government

                                                                 Respectfully submitted,

                                            By: /s/ William L. Vig
                                                  Attorney for Defendant

William L. Vig (#6284192)
VIG LAW, P.C.
1100 South 5th Street
Springfield, IL 62703
(217) 241-5628
bill@vig-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        /s/ William L. Vig
                                            Attorney for Defendant